DAVID J. HOGAN, Respondent, v. BETTY SHEEHEY et al., Appellants, et al., Defendant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.